Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
lockhart@clm.com
trivigno@clm.com

William S. Helfand
C. Larry Carbo III
Cody N. Schneider
Chamberlain, Hrdlicka, White, Williams & Aughtry
Two Allen Center
1200 Smith Street, Suite 1400
Houston, Texas 77002
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BOWEN, MICLETTE & BRITT INSURANCE :
AGENCY, LLC, BOWEN, MICLETTE & BRITT :
OF LOUISIANA, LLC and DAVID B. GORNEY, :    15 Civ. 7434 (PAE)
                                         :
           Plaintiffs,                   :
                                         :
     v.                                  :    **NOTICE OF APPEARANCE**
                                         :
MARSH USA INC. AND MARSH &               :
MCLENNAN COMPANY,                        :
                                         :
           Defendants.                   :
------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for Plaintiffs.  I certify that I am admitted to practice before this Court.

Dated:  September 30, 2015
        New York, New York

                                                  CARTER LEDYARD & MILBURN LLP

                                                  By:  /s/ Judith A. Lockhart
                                                  Judith A. Lockhart, Esq.
                                                  2 Wall Street
                                                  New York, New York 10005
                                                  Tel: (212) 732-3200
                                                  lockhart@clm.com
                                                  *Attorneys for Plaintiffs*

7690539.1