Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
lockhart@clm.com
trivigno@clm.com

William S. Helfand
C. Larry Carbo III
Cody N. Schneider
Chamberlain, Hrdlicka, White, Williams & Aughtry
Two Allen Center
1200 Smith Street, Suite 1400
Houston, Texas 77002
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BOWEN, MICLETTE & BRITT INSURANCE :
AGENCY, LLC, BOWEN, MICLETTE & BRITT OF :
LOUISIANA, LLC and DAVID B. GORNEY, :    15 Civ. 7434 (PAE)
                                         :
                Plaintiffs,              :
                                         :
           v.                            :    **NOTICE OF APPEARANCE**
                                         :
MARSH USA INC. AND MARSH & MCLENNAN     :
COMPANY,                                 :
                                         :
                Defendants.              :
-----------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for Plaintiffs.  I certify that I am admitted to practice before this Court.

Dated:   September 30, 2015
         New York, New York

                                          CARTER LEDYARD & MILBURN LLP

                                          By:   /s/ Leonardo Trivigno
                                          Leonardo Trivigno, Esq.
                                          2 Wall Street
                                          New York, New York 10005
                                          Tel: (212) 732-3200
                                          trivigno@clm.com
                                          *Attorneys for Plaintiffs*

7690538.1