Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
lockhart@clm.com
trivigno@clm.com

William S. Helfand
C. Larry Carbo III
Cody N. Schneider
Chamberlain, Hrdlicka, White, Williams & Aughtry
Two Allen Center
1200 Smith Street, Suite 1400
Houston, Texas 77002

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| BOWEN, MICLETTE & BRITT INSURANCE AGENCY, LLC, BOWEN, MICLETTE & BRITT OF LOUISIANA, LLC and DAVID B. GORNEY, | : : : : | 15 Civ. 7434 (PAE) |
| Plaintiffs, | : : | |
| v. | : : | **NOTICE OF APPEARANCE** |
| MARSH USA INC. AND MARSH & MCLENNAN COMPANY, | : : : | |
| Defendants. | : | |

-----------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Plaintiffs in the above-captioned action. A motion for pro hac vice admission will be filed separately.

Dated:   October 6, 2015.

- 2 -

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

By: /s/ *William S. Helfand*
William S, Helfand
Federal ID No. 8791
Texas Bar No. 09388250
1200 Smith, Suite 1400
Houston, Texas 77002
Bill.helfand@chamberlainlaw.com
Tel. (713) 658-1818
Fax (713) 658-2553
*Attorneys for Plaintiffs*

1998325.1
870910..000065